705 A.2d 766

IN THE MATTER OF DENNIS M. SALERNO, AN ATTORNEY AT LAW.

February 26, 1998.

## ORDER

The Disciplinary Review Board on October 27, 1997, having filed with the Court its decision concluding that **DENNIS M. SALER-NO** of **JERSEY CITY**, who was admitted to the bar of this State in 1971, should be reprimanded for violating *Rule* 1:21–6 and *RPC* 1.15(d) (failure to comply with attorney recordkeeping requirements), and good cause appearing;

It is ORDERED that **DENNIS M. SALERNO** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.